THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RED DOT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY, a foreign insurance company, *et al*.,<br><br>Defendants. | CASE NO. C19-1802-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend Defendants' time to answer the complaint (Dkt. No. 11). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that Defendants shall file their answers to the complaint no later than December 17, 2019.

DATED this 4th day of December 2019.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk