THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RED DOT CORPORATION, a Washington Corporation,<br><br>                          Plaintiff,<br><br>       v.<br><br>THE TRAVELERS INDEMNITY COMPANY, a foreign insurance company, *et al.*,<br><br>                          Defendants. | CASE NO. C19-1802-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay the case (Dkt. No. 22). The parties request that the Court vacate the initial case management deadlines and stay the case for six months so that the parties may investigate the matter and prepare for mediation scheduled to occur on November 23, 2020. (*See id.* at 1–2; Dkt. No. 20.) Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. The initial case management dates, (*see* Dkt. No. 20), are VACATED and this action is STAYED until further order of the Court. The parties are ORDERED to file a joint status report no later than December 1, 2020, advising the Court as to the status of the case and the necessity of maintaining the stay.

MINUTE ORDER
C19-1802-JCC
PAGE - 1

DATED this 19th day of June 2020.

          William M. McCool
          Clerk of Court

          s/Tomas Hernandez
          Deputy Clerk