THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RED DOT CORPORATION, a Washington Corporation,<br><br>                    Plaintiff,<br>       v.<br><br>THE TRAVELERS INDEMNITY COMPANY, a foreign insurance company, *et al.*,<br><br>                    Defendants. | CASE NO. C19-1802-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the stay in this case (Dkt. No. 24). The parties seek a stay to provide time to continue mediation. (*Id.* at 2.) Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. The action is STAYED. The parties are ORDERED to submit a joint status report advising the Court on their case progress no later than February 1, 2021.

//

//

//

//

MINUTE ORDER
C19-1802-JCC
PAGE - 1

1     DATED this 2nd day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
