THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RED DOT CORPORATION, a Washington Corporation, <br><br> Plaintiff, <br><br> v. <br><br> THE TRAVELERS INDEMNITY COMPANY, a foreign insurance company, *et al.*, <br><br> Defendants. | CASE NO. C19-1802-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue (Dkt. No. 26). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. The parties are ORDERED to submit a joint status report advising the Court on their case progress no later than February 16, 2021.

DATED this 2nd day of February 2021.

        William M. McCool
        Clerk of Court

        s/Paula McNabb
        Deputy Clerk