THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

RED DOT CORPORATION, a Washington
Corporation,

10

                     Plaintiff,

11
          v.

12

THE TRAVELERS INDEMNITY COMPANY,
a foreign insurance company, *et al.*,

13

14                   Defendants.

15

CASE NO. C19-1802-JCC

MINUTE ORDER

16        The following Minute Order is made by direction of the Court, the Honorable John C.

17   Coughenour, United States District Judge:

18        This matter comes before the Court on the parties' stipulated motion to continue (Dkt.

19   No. 28). Having thoroughly considered the motion and the relevant record, the Court hereby

20   GRANTS the motion. The parties are ORDERED to submit a joint status report advising the

21   Court on their case progress no later than March 5, 2021.

22        DATED this 17th day of February 2021.

23
                                        William M. McCool
24                                      Clerk of Court

25                                      s/Paula McNabb
                                        Deputy Clerk
26

MINUTE ORDER
C19-1802-JCC
PAGE - 1