THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RED DOT CORPORATION, a Washington Corporation,<br><br>                            Plaintiff,<br>         v.<br><br>THE TRAVELERS INDEMNITY COMPANY, a foreign insurance company, *et al.*,<br><br>                            Defendants. | CASE NO. C19-1802-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to lift stay (Dkt. No. 31). The parties ask the Court to lift the stay and issue a new case schedule. Finding good cause, the motion is GRANTED in part and DENIED in part. The stay in this matter is LIFTED. Before the Court will issue a new case schedule, all counsel and any pro se parties are ORDERED to meet and confer and to provide the Court with a combined Joint Status Report (the Report) within fourteen (14) days of this order. This meet-and-confer must be a face-to-face meeting or a video or telephonic conference. If the parties are unable to agree on any part of the Report, they may answer in separate paragraphs; no separate reports are to be filed. The Report must contain a certification that the parties have completed their Rule 26(f) conference and the Report must

address the topics required by Local Civil Rule 26(f)(1). If this case involves claims that are exempt from the requirements of FRCP 26(a) and 26(f), the parties must notify the Courtroom Deputy Clerk Gabriel Traber at gabriel_traber@wawd.uscourts.gov.

DATED this 8th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
