THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| RED DOT CORPORATION, a Washington Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE TRAVELERS INDEMNITY COMPANY, a foreign insurance company; TRAVELERS CASUALTY AND SURETY COMPANY f/k/a THE AETNA CASUALTY AND SURETY COMPANY, a foreign insurance company; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a foreign insurance company<br><br>　　　　　　　Defendants. | No. 2:19-cv-01802-JCC<br><br>STIPULATED MOTION TO AMEND COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:<br>SEPTEMBER 14, 2021** |

### I.　STIPULATED MOTION TO AMEND COMPLAINT

Plaintiff Red Dot Corporation and Defendants The Travelers Indemnity Company, Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company and St. Paul Fire and Marine Insurance Company (collectively "Travelers"), by and through their respective counsel, jointly file this Stipulated Motion to Amend Complaint.

STIPULATED MOTION TO AMEND COMPLAINT - 1

**CASE NO.  2:19-cv-01802-JCC**

The effect of the amendment is to voluntarily dismiss two defendants, The Travelers Indemnity Company and St. Paul Fire and Marine Insurance Company, and add one additional Travelers entity as a defendant: The Standard Fire Insurance Company. A copy of the proposed Amended Complaint is attached to this stipulation as **Exhibit A**. A redlined version—identifying the changes from the initial complaint—is attached as **Exhibit B**. Both parties agree the amendment is appropriate and no party will be prejudiced by the amendment.

DATED this 14th day of September 2021.

| HARPER | HAYES PLLC | GORDON & POLSCER, L.L.C. |
|---|---|
| By: s/ *Charles K. Davis*<br>Gregory L. Harper, WSBA No. 27311<br>Charles K. Davis, WSBA No. 38231<br>600 University Street, Suite 2420<br>Seattle, WA 98101<br>(206) 340-8010<br>greg@harperhayes.com<br>cdavis@harperhayes.com<br>Attorneys for Plaintiff | By: s/ *T. Arlen Rumsey*<br>T. Arlen Rumsey, WSBA No. 19048<br>1700 Seventh Avenue, Suite 2100<br>Seattle, WA 98101<br>(206) 223-4226<br>arumsey@gordon-polscer.com<br>Attorneys for Defendants |

STIPULATED MOTION TO AMEND COMPLAINT - 2

**CASE NO. 2:19-cv-01802-JCC**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

## II. ORDER

Based on the above Stipulation, it is ordered that Plaintiff may file and serve its Amended Complaint.

DATED this 14th day of September 2021.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

HARPER | HAYES PLLC

By: *s/ Charles K. Davis*
　　Gregory L. Harper, WSBA No. 27311
　　Charles K. Davis, WSBA NO. 38231
　　Attorneys for Plaintiff

GORDON & POLSCER, L.L.C.

By: *s/ T. Arlen Rumsey*
　　T. Arlen Rumsey, WSBA No. 19048
　　Attorneys for Defendants

STIPULATED MOTION TO AMEND COMPLAINT - 3

CASE NO. 2:19-cv-01802-JCC

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010