THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RED DOT CORPORATION, a Washington corporation,

           Plaintiff,

    v.

TRAVELERS CASUALTY AND SURETY COMPANY f/k/a THE AETNA CASUALTY AND SURETY COMPANY, a foreign insurance company; and THE STANDARD FIRE INSURANCE COMPANY, a foreign insurance company,

           Defendants.

CASE NO.  2:19-cv-01802-JCC

STIPULATION AND JOINT MOTION FOR STAY

**NOTE ON MOTION CALENDAR:
DECEMBER 17, 2021**

## I.    **STIPULATION AND JOINT MOTION FOR STAY**

Plaintiff Red Dot Corporation ("Red Dot") and Defendants Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company and The Standard Fire Insurance Company (collectively "Travelers"), by and through their respective counsel, file this Stipulation and Joint Motion to Stay this case for six months and to vacate the deadlines set forth in this Court's Civil Trial Scheduling Order (Dkt. 34).

This lawsuit involves a coverage dispute arising out of a lawsuit filed by Highland Park Properties ("HPP") against Red Dot for investigation and remediation of alleged environmental property damage at the Red Dot Manufacturing Facility in Tukwila, Washington ("the Site") (the

**STIPULATION AND JOINT MOTION FOR
STAY - 1**

1    "Underlying Action").  *See* Dkt. 37.  Travelers agreed to defend Red Dot in the Underlying

2    Action, and has been funding the defense and paying certain investigation costs related to the

3    alleged property damage, under a complete reservation of rights.  Travelers and Red Dot were

4    unable to reach an agreement as to insurance coverage for remediation of the alleged property

5    damage, primarily due to the lack of complete information regarding the nature and scope of the

6    alleged contamination at issue.

7            Pursuant to an agreement between HPP and Red Dot, the Underlying Action has been

8    stayed, with a plan to complete the investigation and remediation of the Site without the need for

9    further litigation.  Given the apparent progress that has been made pursuant to that plan, and the

10   information Red Dot and Travelers ("the Parties") hope to obtain regarding the nature and extent

11   of contamination at the Site over the next six months, the Parties are optimistic they will be able

12   to reach a full resolution and settlement with respect to Red Dot's claim for coverage at the Site

13   without the need for further litigation in this Coverage Action.  The Parties therefore request that

14   the Court vacate the current trial and pre-trial dates and stay this case until June 17, 2022.  In the

15   unlikely event that the Parties are unable to reach a complete settlement, they will submit, on or

16   before June 17, 2022, a Joint Status Report with a proposed schedule to complete discovery and

17   try the case.

18           DATED this 17th day of December 2021.

19   HARPER | HAYES PLLC                          GORDON & POLSCER, L.L.C.

20

21   By: s/ *Charles K. Davis*                     By: s/ *T. Arlen Rumsey*
          Gregory L. Harper, WSBA No. 27311            T. Arlen Rumsey, WSBA No. 19048
22        Charles K. Davis, WSBA No. 38231             1700 Seventh Avenue, Suite 2100
          600 University Street, Suite 2420            Seattle, WA  98101
23        Seattle, WA 98101                            (206) 223-4226
          (206) 340-8010                               arumsey@gordon-polscer.com
24        greg@harperhayes.com                         Attorneys for Defendants
          cdavis@harperhayes.com
25        Attorneys for Plaintiff

26

**STIPULATION AND JOINT MOTION FOR
STAY - 2**

1

## II.   ORDER

2        Based on the above Stipulation, it is ordered that the case is stayed for six months and the

3 deadlines set forth in the Court's Civil Trial Scheduling Order are vacated.   The parties

4 will  submit a Joint Status Report no later than June 17, 2022.

5        DATED THIS 20th day of December 2021.

6

7

8                                                     _____

9                                                     John C. Coughenour

10                                                     UNITED STATES DISTRICT JUDGE

11 Presented by:

12

13 HARPER | HAYES PLLC

14

15 By: _s/ Charles K. Davis_
        Gregory L. Harper, WSBA No. 27311
        Charles K. Davis, WSBA NO. 38231
16      Attorneys for Plaintiff

17 GORDON & POLSCER, L.L.C.

18

19 By: _s/ T. Arlen Rumsey_
        T. Arlen Rumsey, WSBA No. 19048
20      Attorneys for Defendants

21

22

23

24

25

26

**STIPULATION AND JOINT MOTION FOR
STAY - 3**

**GORDON & POLSCER, L.L.C.**
1700 Seventh Ave., Suite 2100
Seattle, WA  98101
(206) 223-4226

1
2
3

**CERTIFICATE OF SERVICE**

4       I, Edward Chien, hereby certify that on December 17, 2021, I caused the above pleading

5   to be served on the following:

6   **Attorneys for Plaintiff**          ☐   U.S. Mail
    Gregory L. Harper                    ☐   Hand Delivery
7   Charles K. Davis                     ☐   Telefax
    HARPER | HAYES PLLC                  ☒   **CM/ECF**
8   600 University Street, Suite 2420    ☐   UPS
9   Seattle, WA 98101                    ☒   **E-mail**
    Telephone: 206.340.8010
10  greg@harperhayes.com
    cdavis@harperhayes.com
11

12
13      I declare under penalty of perjury and the laws of the United States of America that the
14  foregoing is true and correct.

15      DATED this 17th day of December, 2021.

16
17                                  *s/ Edward Chien*
                                 Edward Chien, Paralegal

18
19
20
21
22
23
24
25
26

**STIPULATION AND JOINT MOTION FOR
STAY - 4**

**GORDON & POLSCER, L.L.C.**
1700 Seventh Ave., Suite 2100
Seattle, WA  98101
(206) 223-4226
