THE HONORABLE JOHN H. CHUN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| RED DOT CORPORATION, a Washington Corporation, <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY f/k/a THE AETNA CASUALTY AND SURETY COMPANY, a foreign insurance company; and THE STANDARD FIRE INSURANCE COMPANY, a foreign insurance company, <br><br> Defendants. | No. 2:19-cv-01802-JHC <br><br> STIPULATION AND JOINT MOTION TO EXTEND STAY <br><br> NOTE ON MOTION CALENDAR: JUNE 17, 2022 |

**I.   STIPULATION AND JOINT MOTION TO EXTEND STAY**

Plaintiff Red Dot Corporation ("Red Dot") and Defendants Travelers Casualty and Surety Company f/k/a The Aetna Casualty and Surety Company and The Standard Fire Insurance Company (collectively "Travelers"), by and through their respective counsel, file this Stipulation and Joint Motion to Extend the Stay in this case for one year. *See Dkt. 46*.

STIPULATION AND JOINT MOTION TO EXTEND STAY - 1

CASE NO.  2:19-cv-01802-JHC

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

1    This lawsuit involves a coverage dispute arising out of a lawsuit filed by Highland Park Properties ("HPP") against Red Dot for investigation and remediation of alleged environmental property damage at the Red Dot Manufacturing Facility in Tukwila, Washington ("the Site") (the "Underlying Action"). *See Dkt. 37.* Travelers agreed to defend Red Dot in the Underlying Action, and has been funding the defense and paying certain investigation costs related to the alleged property damage, under a complete reservation of rights. Travelers and Red Dot were unable to reach an agreement as to insurance coverage for remediation of the alleged property damage, primarily due to the lack of complete information regarding the nature and scope of the alleged contamination at issue.

Pursuant to an agreement between HPP and Red Dot, the Underlying Action has been stayed, with a plan to complete the investigation and remediation of the Site without the need for further litigation. Although the parties have made progress under that plan, the entity conducting the joint investigation has proposed—and Travelers has approved—a third phase to the investigation, which is scheduled to take until March 2023. Within a few months of the conclusion of Phase 3, Red Dot and Travelers ("the Parties") expect to have the information necessary to reach a full resolution and settlement with respect to Red Dot's claim for coverage at the Site without the need for further litigation in this Coverage Action. The Parties therefore request that the Court extend the current stay in this case one year—until June 16, 2023. In the unlikely event that the Parties are unable to reach a complete settlement, they will submit, on or before June 16, 2023, a Joint Status Report with a proposed schedule to complete discovery and try the case.

STIPULATION AND JOINT MOTION TO EXTEND STAY - 2

CASE NO.  2:19-cv-01802-JHC

**H**ARPER | **H**AYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

1   DATED this 17th day of June 2022.

2

3   HARPER | HAYES PLLC                    GORDON & POLSCER, L.L.C.

4   By: s/ *Charles K. Davis*              By: s/ *T. Arlen Rumsey*
       Gregory L. Harper, WSBA No. 27311        T. Arlen Rumsey, WSBA No. 19048
5      Charles K. Davis, WSBA No. 38231         1700 Seventh Avenue, Suite 2100
       600 University Street, Suite 2420        Seattle, WA 98101
6      Seattle, WA 98101                        (206) 223-4226
       (206) 340-8010                           arumsey@gordon-polscer.com
7      greg@harperhayes.com                     Attorneys for Defendants
       cdavis@harperhayes.com
8      Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND JOINT MOTION TO EXTEND STAY - 3

**CASE NO. 2:19-cv-01802-JHC**

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010

## II.  ORDER

Based on the above Stipulation, it is ordered that the case is stayed for an additional one year.  The parties will submit a Joint Status Report no later than June 16, 2023.

DATED THIS 17th day of June, 2022.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

HARPER | HAYES PLLC

By: *s/ Charles K. Davis*
    Gregory L. Harper, WSBA No. 27311
    Charles K. Davis, WSBA NO. 38231
    Attorneys for Plaintiff

GORDON & POLSCER, L.L.C.

By: *s/ T. Arlen Rumsey*
    T. Arlen Rumsey, WSBA No. 19048
    Attorneys for Defendants

STIPULATION AND JOINT MOTION TO EXTEND STAY - 4

CASE NO.  2:19-cv-01802-JHC

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010