THE HONORABLE JOHN H. CHUN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| RED DOT CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY f/k/a THE AETNA CASUALTY AND SURETY COMPANY, a foreign insurance company; and THE STANDARD FIRE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendants. | No. 2:19-cv-01802-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>**NOTE ON MOTION CALENDAR:** **JUNE 16, 2023** |

## I. **STIPULATION**

Plaintiff Red Dot Corporation and Defendants Travelers Casualty and Surety Company and The Standard Fire Insurance Company, by and through their respective attorneys, stipulate and agree that all claims in this matter are dismissed without prejudice, with the parties bearing their own costs and attorneys' fees.

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE - 1

**CASE NO. 2:19-cv-01802-JHC**

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

1     DATED this 16th day of June, 2023.

2   HARPER | HAYES PLLC                     GORDON & POLSCER, L.L.C.

3

4 By: s/ *Charles K. Davis*              By: s/ *T. Arlen Rumsey*
    Gregory L. Harper, WSBA No. 27311     T. Arlen Rumsey, WSBA No. 19048

5     Charles K. Davis, WSBA No. 38231       1700 Seventh Avenue, Suite 2100
    1200 Fifth Avenue, Suite 1208            Seattle, WA 98101

6     Seattle, WA 98101                          (206) 223-4226
    (206) 340-8010                             arumsey@gordon-polscer.com

7     greg@harperhayes.com                 Attorneys for Defendants
    cdavis@harperhayes.com

8     Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE - 2

CASE NO. 2:19-cv-01802-JHC

**H**ARPER | **H**AYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

## II. ORDER

Based on the above Stipulation, the Court ORDERS that this matter be dismissed without prejudice and without any award of costs or attorney's fees.

DATED THIS 16th day of June, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

HARPER | HAYES PLLC

By: *s/ Charles K. Davis*
    Gregory L. Harper, WSBA No. 27311
    Charles K. Davis, WSBA No. 38231
    Attorneys for Plaintiff

GORDON & POLSCER L.L.C.

By: *s/ T. Arlen Rumsey*
    T. Arlen Rumsey, WSBA No. 19048
    Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE - 3

CASE NO. 2:19-cv-01802-JHC

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010